# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00252-CR

**Kendrick Tremayne Newman, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
NO. 17-0293-K26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant Kendrick Tremayne Newman filed his notice of appeal on April 18, 2019. The reporter's record was due on June 4, 2019. On reporter's requests, the time for filing was extended to October 21, 2019. On November 22, 2019, Ms. Cindy Kocher requested a third extension of time to December 6, 2019. To date, the record has not been filed. We order Kocher to file the reporter's record in this cause no later than December 20, 2019. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Kocher being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on December 11, 2019.

Before Chief Justice Rose, Justices Baker and Triana

Do Not Publish